$ 05.65

US POSTAGE

Nat Hancock V1909-744 190-111L
H28 King Way OM
Avenue 14

To the United States
District Court for
the Northern District
of California
1301 Clay Street
3060
1301 Clay Avenue
Oakland, California

PO
450

RECEIVED

SUSAN Y MNERNG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MATERIAL