FILED 8/22/07

FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~SUPERIOR~~ NORTHERN DISTRICT COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

In re Jeff Jay Hancock
  v
D. Sedley
On Habeas Corpus

Case No. C 07 4469 CW (PR)

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

Jeff Hancock E-filing

I, Jeff Hancock, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at Avenal State Prison, and that I am indigent and unable to afford counsel. My total assets are $ 0 and my income is $ 0 per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on

_Jeff Hancock_
Petitioner