**FILED**

**E-filing**

AUG 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CW**

JEFF JAY HANCOCK
  Plaintiff,

v.

D. SEDLEY
  Defendant.

C 07 4469 (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Jeff Hancock, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ___  No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Kelltech Inc, Stone Ave, San Jose, Ca.
Gross 2,400 Monthly   1,800 Monthly Net

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.  Business, Profession or        Yes ___  No  X
       self employment
   b.  Income from stocks, bonds,     Yes ___  No  X
       or royalties?

1

    c.    Rent payments?    Yes ___ No _X_
    d.    Pensions, annuities, or life insurance payments?    Yes ___ No _X_
    e.    Federal or State welfare payments, Social Security or other government source?    Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

2

Monthly Payment: $ _____

7.   Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _X_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No _X_

_____

8.   What are your monthly expenses?

Rent: $ __0_____ Utilities: __0_____

Food: $ __0_____ Clothing: __0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

$56,000 El Camino Hospital Mt. View, Ca.

$15,000 Washington Hospital Fremont, Ca.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/7/07  _____
DATE          SIGNATURE OF APPLICANT

EVIDENCIARY HEARING REQUESTED

Case Number:_____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___JEFF HANCOCK___ for the last six months at
[prisoner name]

___AVENAL STATE PRISON___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0.00___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0.00___.

Dated: __8-9-07__                    ___D Vonderbuh___
                                     Authorized officer of the institution

```
REPORT ID: TS3030                                              REPORT DATE: 08/09/07
                                                               PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 AVENAL STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : V49474              BED/CELL NUMBER: 140 1 00000003L
ACCOUNT NAME   : HANCOCK, JEFF JAY      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE      DESCRIPTION            COMMENT       HOLD AMOUNT
  ----------  ----   ------------------------  -----------   -----------
  07/09/2007  H107   POSTAGE HOLD              700129POST         4.92
  07/09/2007  H107   POSTAGE HOLD              700129POST         6.47


                            TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS BALANCE     BALANCE    TO BE POSTED
  ---------    --------    ----------- -------     -------    ------------
     0.00        0.00         0.00       0.00       11.39         0.00


                                                          CURRENT
                                                          AVAILABLE
                                                          BALANCE
                                                          ---------
                                                              11.39-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : V49474                BED/CELL NUMBER:
ACCOUNT NAME   : HANCOCK, JEFF JAY     ACCOUNT TYPE: I
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE

0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE