RECEIVED
FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8/22/07

E-filing

Dear Sir/Mam,

C 07 4469 CW (PR)

I have three chronic illnesses and one high-risk illness as medically diagnosed by CDCR medical staff. I've been taking prescribed Narcotic Pain relief medication for ongoing medical problems since 2005. Some of these illnesses have come to be since my incarceration. It's known to medical staff that I've alleged the proximate cause of some of these chronic illnesses to be at the hands of their staff.

This is my SIXTH prison in less than three years.

* The medication, hard feelings, and the complexity of the issues in my case are becoming overwhelming.

I'm permanently mobility impaired. I've already been attacked previously during this incarceration. I've never studied law and I can really use the assistance of a lawyer and would greatly appreciate the appointment of one.

Thanks for your consideration,

*See other medical attachments    Sincerely,
Reff Hancock

1  involving a left basilar skull fracture, a left facial laceration, and a bifrontal brain contusion." [SEE
2  Exhibit-B attached].

3

4  7. Elsewhere in the records reviewed, Mr. Hancock's condition was described following a CT scan of
5  his brain: "Scans of the brain demonstrate a low density area in the left frontal region with central
6  tissue nodule. The appearance is consistent with a neoplasm and surrounding edema... Stable area
7  of edema and likely tumor nodule in the left frontal region." [SEE Exhibit-C attached].

8

9  8. Mr. Hancock also has a notable psychiatric history; one marked by the presentation of symptoms of
10  severe mental illness and/or a severe compromise in his mental status. In fact, the records reviewed
11  find that Mr. Hancock's condition has presented as so impaired, that he has required involuntary
12  psychiatric commitment. His condition has been described as:
13  "He is disoriented and delusional. He has been hallucinating. He demonstrates very impaired
14  judgment and poor impulse control. He is definitely a danger to himself. . . . He has had
15  seizures recently. He has a history of brain injury and of alcohol abuse as well as exhibiting a
16  serious psychiatric disorder." [SEE Exhibit-D attached]

17

18  9. Review of the records provided finds that Mr. Hancock had a seizure shortly after his arrest. He was
19  admitted to the Santa Clara Valley Health & Hospital System when on 9 Aug. 2003 at 1100 hrs.
20  [Only hours after his arrest and 3 days prior to his statement to Officer Anderson] he was described
21  as having the following symptoms: "anxiety, insomnia, nausea, tremulousness, tremors,
22  apprehension, and seizure disorder." [SEE Exhibit-E attached]

---

Superior Court of California, Santa Clara County, Court of Appeal
    Case No. H027917    [Sup. Crt. No. EE302496]                    10/17/2005

DECLARATION of John D. Shields, Ph.D., ABPP                         - 4 -

Genesis East Letterhead
PATIENT NAME: HANCOCK, JEFFERY          Exhibit 18                    BY:   JAM
D:08/31/99     14:05     T:08/31/99     15:10

August 31, 1999


Scott County Clerk of Court
Davenport, Iowa

RE: Hancock, Jeffery
DATE SEEN: 08/31/99
DATE OF BIRTH: 11/02/58
AGE: 40 years.

Dear Sir or Madam:

I am writing to request involuntary psychiatric commitment for Jeffery Hancock. I evaluated him at Genesis Medical Center West Campus emergency department today. He is disoriented and delusional. He has been hallucinating. He demonstrates very impaired judgment and poor impulse control. He is definitely a danger to himself. He has done such things as undressing in public, approaching strangers at a restaurant and drinking their water, and expressing the delusion that they are friends. He has a seizure disorder. He has not been taking his medication. He has had seizures recently. He has a history of a brain injury and of alcohol abuse as well as exhibiting a serious psychiatric disorder. He is very restless and tremulous.

He has no family or friends nearby to look after him. His mother lives in California and has expressed the intention of coming to get him to take him home; but, in the meantime, Mr. Hancock needs to be somewhere where he can be kept safe.

Sincerely,


Michael A. Cronkleton, MD

D: 08/31/99   2:05 P
T: 08/31/99   3:10 P
jam JOB NO.:  45095
cc:
Authenticated by Michael A. Cronkleton, MD On 09-21-1999 at 3:29 pm

DEPARTMENT OF CORRECTIONS  
PAIN MANAGEMENT COMMITTEE CONSULTATION REPLY          STATE OF CALIFORNIA

**DATE OF CONSULTATION:** 1/31/07

**HISTORY:** The case of Jeff Hancock was presented to the Committee by Dr. Perry. The patient has a history of neck surgery in the summer of 2005 and had improved but not fully resolved pain since. He has neural foraminal stenosis and persistent pain and slight weakness in the right arm. He is being considered for surgery by Dr. Segal, however, the chance of further improvement is small and the situation will require a substantial surgery which the patient is reluctant to undergo.

Recently the patient has been stable on nortriptyline 25 mg qPM and hydrocodone 1 tid.

The Committee discussed treatment options for the patient. Nortriptyline could conceivably be increased to 35 or 50 mg. The hydrocodone seems appropriate in the situation. Membrane stabilizing anti-seizure medications could be tried as well.

*Hydrocodone 2-18-07 (DMP)*

At this time the patient is approved for long-term narcotics at the dose of 5 mg tid. Patient will likely be transferred to a level terrain facility as soon as the neurosurgical evaluation is completed.

_____  
D. M. Perry, M.D.

DMP:lc

Orig: Health Record

t: 1/31/07

CALIFORNIA MEN'S COLONY  
CONSULTANT'S RECORD  
CDC-7243

CDC NO:   V-49474  
NAME:     HANCOCK, JEFF  
DOB:      11/2/58



| DATE | TIME | NEW ARRIVAL FROM: SQRC | C.P. CLEARED: YES/NO |

New arrival from SQRC. ...has seizures ... had a kid ... seizures per inmate ... over a year ... condition (8 times since ... to present). Presently on Keppra for seizures. 8 seizures while taking Keppra. Chest X-ray of 03/21/06 is negative. Inmate has Hep C and Stage 2 of pre cirrhosis of liver. Has tinnitus and ataxia. — M. Beadler, LPT

**INTERDISCIPLINARY PROGRESS NOTES**

V49474

HANCOCK, JEFF

Arrived From: SQ-RC on 9/7/2006