RECEIVED
FILED
AUG 2 8 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4469 CW (PR)

E-filing

Dear Clerk,

Petitioner previously filed a mixed petition with this court 5/18/07 and it was dismissed with leave to amend 5/24/07. Petitioner had two pending cases, S150880 filed 3/12/07 and S151947 filed 4/19/07.

5/7/07 during a Unit Classification Hearing Petitioner physically made committee members aware of his medical chrono which states, "Cell Housing Due To Medical Condition."

6/7/07 Petitioner made his counselor CCI Nunley aware of the same medical chrono and that a mistake had been made by Classification Staff Representative Jaramillo in Endorsing Petitioners transfer to Avenal State Prison, where no "cell housing" exists.

6/11/07 Counselor Nunley explained to Petitioner that a "mistake had been made and that he'd have to go back in front of "Committee" after she spoke with his previous counselor at West Facility."

6/12/07 Petitioner, after being instructed to turn in his property for tranfer, asked counselor Nunley about a new Committee hearing. She stated, "I talked to Covington. He said, you'll have to appeal it."

6/13/07 I was tranferred to Avenal State Prison. Upon arrival was given the choice of a) violating doctors orders which would put me at greater risk to permanent paralysis or b) be cell housed in Administrative Segregation, the only cell housing available at Avenal State Prison. I chose the latter.

2

Petitioner has been housed in Administrative Segregation from 6/13/07 - present. Petitioner requested his legal papers prior to his 7/18/07 filing deadline and didn't receive them until 7/25/07. Petitioner has filed an inmate appeal concerning his late reception of legal papers prohibiting his access to courts.
Petitioner has also attempted to file an immediate inmate appeal with regards to his improper transfer location prior to his transfer on 6/13/07. CDCR Staff has asked Petitioner to produce various documents to pursue his appeals and yet when Petitioner requests said documents CDCR Staff is reluctant to provide them.
Petitioner has just received his Certified Trust Account Statement on 8/22/07 and will be mailing his federal writ application, request for counsel, and attachment today.
The exhausted portion (Ground 7) of Petitioners previously filed writ was prepared by his appellate attorney Candace Hale of the Sixth District Appellate Program.
Petitioner hopes the court will allow Equitable Tolling due to the aforementioned circumstances which stood in Petitioners way.
Thanks for your consideration. [signature]

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6/7/07 | CCI Nunley | Hancock | V-49474 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| C Quad | 5194 | MUTD | FROM — TO — |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| — | FROM — TO — |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On 5/30/07 I was endorsed to ASP-II by F. Jaramillo, CSR who stated: "DNH does not impact placement." On 5/7/07 I showed classification members my CDC Medical Chrono that states "I should be

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY

DATE

DISPOSITION

cell housed due to my medical condition." Vacaville was choice #1 and Soledad #2. This obviously impacts my placement along with the prisons already listed on my CDC 1345

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8/7/07 | Trust Office | Hancock | V-49474 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| 140 | 103L | MUTD A/A Ad Seg | FROM — TO — |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| Ad Seg, Thank You | FROM — TO — |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can I please have a copy of a Certified Trust Account Statement for the past 6 months in order to file a Federal writ for Habeas Corpus. I'm in Ad-Seg I think C/I Martinez is my counselor

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

Lt. Richards will probably accept it as well

ALIFORNIA MEN'S COLONY

**BASED ON THIS INMATE'S**

___ acute *medical* condition
✓ chronic *medical* condition
___ temporary impairment or disability
✓ permanent impairment or disability
___ acute *mental health* condition
___ chronic *mental health* condition
___ see 1845 (if applicable)

**CMC's MEDICAL DEPARTMENT RECOMMENDS**

**ACTIVITY RESTRICTIONS:**

*movement / position*

✓ no prolonged standing (not longer than 5 minutes every ___ minutes)
___ no prolonged sitting (not longer than ___ minutes every ___ minutes)
✓ no climbing
✓ no bending, stooping, or twisting
✓ no lifting over 10 pounds
✓ no crawling
✓ no prolonged walking (not more than 10 feet without resting)
✓ no use of [ R / L / both ] arm(s)
___ no repetitive use of [ R / L / both] [ hands / arms ]
___ restricted use of [ R / L / both ] arm (s) Restrictions: ___
✓ no weight bearing [ R / L ] leg
___ limited weight bearing [ R / L ] leg
___ [ R / L ] leg / foot must be elevated as much as possible
___ physical condition requires frequent rest periods in cell throughout day
___ other Pt should be unassigned

*environment*

✓ may not work around heat
✓ may not work around or use machinery
✓ may not work at heights
✓ lower bunk housing recommended
___ other ___
___ may not work with hands in water
___ may not work outdoors
___ may not work in dusty areas

**DURATION**

**TEMPORARY** (less than 6 months) **OR** **PERMANENT** (6 months or more)

___ days (more than 3 days)
___ weeks
___ months
___ ~~months~~
___ one year
✓ permanent

Upon expiration of this chrono the patient's status will revert to unrestricted, eligible for work unless the patient returns to the medical clinic for further evaluation and possible extension.

9/7/06 — *date signed*
9/7/06 — *start date (if different)*
[signature] — *ordering physician signature*

**INMATE ISSUED 2 COPIES** 9/7/06 *date* **BY** [initials] *initials*

**CMC**
*Cc: Central File*
*Unit Health Record*
*Inmate Assignment LT*
*CC II, CC I*

**INMATE NAME:** Harrard, J.

**CDC NUMBER:** V49474
V49474

**DOB:**

**HOUSING:** 24-37L Unit 3

**Duty Limitation**
CMC-MED-505 (3/02)

**MEDICAL**

**CDC 128 C**

Exhibit 15

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region | Log No. | Category
1. ______ 1. ______ ______
2. ______ 2. ______

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Hancock | V49474 | Ad Seg MHTD | 140-103L |

A. Describe Problem: On 7/13/07 I requested legal papers from Property c/o Adny in Ad Seg. The reason for the request was so I could properly prepare to reply to a pending ADA appeal. On 7/17/07 c/o Adny handed my request back to me stating, "I can't find your property." I was forced to file an ill-prepared ADA response to Sacramento. I have two pending Calif Supreme Court cases, and an I.C.C. hearing dealing with medical issues. The ADA appeal has already been compromised. (see attachment)

If you need more space, attach one additional sheet.

B. Action Requested: I'd like a written acknowledgment by staff that I've not been able to obtain my legal material in my property nor go to the law library since 6/13/07. I'd like financial compensation for any harm this incident causes my pending appeals & cases.

Inmate/Parolee Signature: [signature] Date Submitted: 7/17/07

C. INFORMAL LEVEL (Date Received: ______)

Staff Response: ______

Staff Signature: ______ Date Returned to Inmate: ______

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

I arrived at [illegible] on 6/13/07. My property was behind the R and R counter on 6/13/07, the day I arrived. My 14th Amendment Due Process rights have been violated by not being able to access my property in order to properly pursue my ongoing legal issues. My California Supreme Court cases are linked to my Direct Appeal of my criminal conviction. Under the 1st Amendment "Access to Courts," this right is also being violated.

To reiterate:

1) My court cases are pending
2) My I.C.C. is pending
3) My ADA appeal is pending
4) My Medical Evaluation is pending

Arrival date 6/13/07

140-103L

Jeff Hancock
V-49474

STATE OF CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE
BLUE - INMATE (2ND COPY)
GREEN - ASU
CANARY - WARDEN
PINK - HEALTH CARE MGR
GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | | | CDC NUMBER |
|---|---|---|---|
| HANCOCK, JEFF | (W) | 140-2-21L | V-49474 |

**REASON(S) FOR PLACEMENT *(PART A)***

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: On Wednesday, June 13, 2007, you, Inmate HANCOCK V-49474, arrived at Avenal State Prison from CMC-E State Prison via CDC Bus Transportation Schedule "J". HANCOCK has a Tabe Score of (11.5). Lt. I.C. Aviles reviewed your C-File and determined that housing you in ASP's Dorm Setting would be in conflict with a Medical Chrono dated 09/22/06. Therefore, you are deemed a threat to the safety and security of the institution, its staff and inmates. You are being housed in Ad-Seg pending ICC/UCC review. Effective communication was established by having subject read aloud circumstances portion of the lock up order. Subject states that he understands his placement in Ad-Seg. Subject IS NOT a participant in the mental health services Delivery System at the CCCMS level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 06/13/07 | I.C. AVILES | [signature] | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 06/13/07 | 1905 | S Garrigan | [signature] | Sgt. |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | x [signature] | x V-49474 |

**ADMINISTRATIVE REVIEW *(PART B)***

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

**STAFF ASSISTANT (SA)**

| STAFF ASSISTANT NAME | TITLE |
|---|---|
| | |

**IS THIS INMATE:**

| | |
|---|---|
| LITERATE? | [X] YES [ ] NO |
| FLUENT IN ENGLISH? | [X] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES |

Any "NO" requires SA assignment

[X] NOT ASSIGNED

**INVESTIGATIVE EMPLOYEE (IE)**

| INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|
| | |

| | |
|---|---|
| EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES [ ] NO |
| DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [X] NO |
| ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [X] NO |
| DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |

Any "NO" may require IE assignment

[X] NOT ASSIGNED

**INMATE WAIVERS**

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[X] NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |
|---|---|
| | |

**WITNESSES REQUESTED FOR HEARING**

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [X] RETAIN PENDING ICC REVIEW [X] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: This housing girls require ICC review

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| [signature] | FC | 6/15/07 | 1505 | [signature] FC |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

STATE OF CALIFORNIA
**PROPERTY TRANSFER RECEIPT**
**CDC 143 (Rev 2/00)**

DEPARTMENT OF CORRECTIONS

SENDING INSTITUTION/FACILITY R/R

DESTINATION AD-SEG   SCHEDULE W/T

| Inmate's Name | CDC Number | Number of Personal Property Boxes (6 cu ft Limit) | Television (Boxed) | Musical Instrument (If Boxed Separately) | Number of Active Legal Case Boxes | Total Number of Boxes |
|---|---|---|---|---|---|---|
| HANCOCK | V.49474 | 2Bxs | | | | 2Bxs |
| TOTAL | | | | | | |

| | SIGNATURE | PRINTED NAME | DATE |
|---|---|---|---|
| I HEREBY ACKNOWLEDGE THE ACCURACY OF THIS DOCUMENT | [signature] | [illegible] | 07-25-07 |
| **TRANSPORTATION** | | | |
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | | | |
| **ENROUTE TRANSPORTATION** | | | |
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | | | |
| **RECEIVING INSTITUTION/FACILITY** | | | |
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | [signature] | D. AGUINDES | 7-25-07 |

DISTRIBUTION: Original: Sending Institution/Facility; Canary: Transportation Officer; Pink: Enroute Transportation Officer; Goldenrod: Receiving Institution/Facility