FILED 11/14/07

NOV 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Honorable Judge Claudia Wilken

I have a pending case in your court, C 07-04469 CW (PR).

I've recently discovered that my outgoing legal mail is being altered as well as stolen. Just weeks ago a document was stolen which if shown to the wrong person along with a false story would seriously endanger my life. I may not be able to respond to the court or obtain sound legal advice. Can you help?

Thanks for your time. Jeff Hancock

P.S. Please let me know if you receive this letter. Jeff Hancock
Thanks