1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5873
8    Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFF J. HANCOCK,** | C 07-04469 CW |
| Petitioner, | **[HABEAS CORPUS; 28 U.S.C., 2254]** |
| v. | **EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |
| **NICK DAWSON, Acting Warden,** | |
| Respondent. | |

Respondent requests a 60-day enlargement of time, to and including February 24, 2008, within which to file a response to the petition for writ of habeas corpus. As explained in the accompanying declaration, the Deputy Attorney General assigned to represent the Warden in this matter has been working on other matters and has been unable complete a response. No stipulation has been sought. Respondent has made no previous extension request.

WHEREFORE, respondent requests that this Court grant an enlargement of time to and including February 24, 2008, to file a response to the petition.

1   Dated: December 14, 2007

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6   

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8   **/s/ William Kuimelis**

9   

10  WILLIAM KUIMELIS
    Deputy Attorney General

11  Attorneys for Respondent

12  

13  40197174.wpd

App. for Enlargement of Time—*Hancock v. Dawson*—C07-04469

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jeff Hancock v. Dawson**

No.:   **C 07-4469 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 14, 2007, I served the attached **EX PARTE APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION IN SUPPORT OF EX PARTE APPLICATION; [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Jeff Hancock
V-49474
Avenal State Prison
8 Kings Way
Avenal, CA  93204

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 14, 2007, at San Francisco, California.

|   Denise Neves   |   /s/  Denise Neves   |
|---|---|
|   Declarant   |   Signature   |

40197180.wpd