EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
WILLIAM KUIMELIS
Deputy Attorney General
State Bar No. 147625
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5873
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFF J. HANCOCK,** | C07-04469 CW |
| Petitioner, | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **NICK DAWSON, Acting Warden,** | |
| Respondent. | |

I, William M. Kuimelis, declare:

1. I am a Deputy Attorney General for the State of California. I have been assigned to represent the warden in this matter.

2. The answer to the petition is due December 26, 2007.

3. I have been burdened by a substantial case load.

4. I have been unable to complete a response.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on December 14, 2007.

Decl. in Supp. of Ex Parte App. for Enlargement of Time—*Hancock v. Dawson*—C07-04469 CW

1

1
2
3       _____
        WILLIAM M. KUIMELIS
4       Deputy Attorney General
5
6
7
8
9   40197175.wpd
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Decl. in Supp. of Ex Parte App. for Enlargement of Time—*Hancock v. Dawson*—C07-04469 CW