IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFF J. HANCOCK,** | C07-04469 |
| Petitioner, | **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **NICK DAWSON, Acting Warden,** | |
| Respondent. | |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before February 24, 2008. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    IT IS SO ORDERED.

DATED:

_____
CLAUDIA WILKEN
United States District Judge

[Proposed] Order Granting Enlargement of Time—*Hancock v. Dawson*—C07-04469 CW

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Enlargement of Time—*Hancock v. Dawson*—C07-04469 CW

2