IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFF J. HANCOCK,** | C07-04469 |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **NICK DAWSON, Acting Warden,** | |
| Respondent. | |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before February 24, 2008. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    IT IS SO ORDERED.

DATED: 12/19/07

*/s/ Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

[Proposed] Order Granting Enlargement of Time—*Hancock v. Dawson*—C07-04469 CW

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF J HANCOCK,

        Plaintiff,

  v.

D SEDLEY et al,

        Defendant.

Case Number: CV07-04469 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
Avenal State Prison
8 Kings Way
Avenal, CA 93204

Dated: December 19, 2007

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk