If I'm sent to Chuckawalla I'll have no choice but to go to Ad seg

Clerk Wieking  C07-04469  1/31/08
(pending) CW(PR)

thanks

Please let me know if you receive this

Married

After waitin 8 months in d Admin. Segregation for a transfer I've been endorsed to Chuckawalla. It's a level II dorm-setting. I've been in Ad Seg for refusing placement in a dorm type setting due to my medical condition and for safety. I had medical chronos which preclude me from dorm-type housing. I'm a level III with 28 pts. I showed this to my counselor and she just shrugged her shoulders and said "You're going to a dorm-type setting." I requested Protective Custody during my I.C.C. hearing for transfer. I also have enemies none of which was noted on my transfer papers. This is being done deliberately. Staff has been stealing my outgoing legal mail since October. Can you help

FILED
FEB -4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I'm lucky to spend 2 hours in a cage at the law library once a week. Legal preparation is almost impossible given the conditions in Admin. Segregation. I've already written my counselor, her boss, the Lt. and the Warden. All tolled 9 times in the past 30 days. NADA/Nothing?