**CONFIDENTIAL**

Jeff Hancock V-49474 140-1-1L
#8 Kings Way
Avenal, California

LEGAL MAIL
FEB 1 2008
AVENAL STATE PRISON
MAILROOM

Clerk Richard W. Wieking
U.S. District Court
Northern District of California
1301 Clay St., Suite 400 S
Oakland, CA 94612-5212

"Legal Mail"

neopost
049.JB20.42606
Mailed From 93204
02/01/2008
$00.800
US POSTAGE