JEFF J. HANCOCK V49474
#8 KINGS WAY
AVENAL, CA. 93204
PRO SE

**FILED**
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JEFF J. HANCOCK
    Petitioner

JAMES D. HARTLEY, ACTING WARDEN
    Respondent

C 07-04469 CW
[ HABEAS CORPUS;
28 U.S.C. §2254 ]
FEDERAL RULE OF CIVIL
PROCEDURE 34(c) MOTION

    Petitioner requests the court to compel non-parties to produce documents and tangible things to inspect, copy, test or sample.

Non-party #1 Santa Clara County Office of the District Attorney, Sunnyvale Facility, 333 West El Camino Real, Sunnyvale, CA. 94087  408-755-0981
Items - Trial Exhibit 26 - Interrogation Tape
    Trial Exhibit 27A Transcript of Unedited Tape (Exhibit 26)
Both items are from case number - EE302496

Non-party #2 Defense Trial Counsel Eben Kurtzman, 1131 Park Avenue, San Jose, CA. 95126   408-295-2105
Item - Case Summary, as provided to him by petitioner's previous attorney's representative (as he, Dave Hardin, was hospitalized)

    Petitioner believes that the trial exhibits and case summary will will help to provide him with a full and fair hearing and determination of the case. Penal code §1484
    Petitioner believes that the above items will establish that petitioner's claim is clearly meritorious and that relief can be granted without a hearing.
    Petitioner has made multiple attempts at discovery of the above items in the past three months, and had no luck. Petitioner requests the above items be submitted to the court on or before 4/15/08.
I, Jeff J. Hancock declare under the penalty of perjury that the foregoing is true and correct. Executed at Avenal State Prison, Avenal, CA. 93204

I the undersigned, certify that I am over the age of (18) years of age. That I caused to be served a copy of the following document entitled:

<u>Motion to Compel Discovery</u>
<u>Federal Rule of Civil Procedure 34(c)</u>

By placing the same in an envelope, sealing it before a correctional officer, signing an outgoing legal mail log (ASP-152), handing it to the same officer through my locked cell door for depositing in the United States Mail at Avenal State Prison and addressed to the following:

William Kuimelis
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA. 94102-7004

Executed on <u>February 3rd</u> at Avenal State Prison, Avenal, California.

I <u>Jeff Hancock</u> declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jeff Hancock
Jeff Hancock
V-49474

2/3/08

District Court,

I'm currently housed at Avenal State Prison in Administrative Segregation and I have not had access to a copier for over a week. The 12 attachments I've sent along with the motion I was unable to send to the Attorney General. I sent the motion, declaration and proof of service but no attachments. The attachments I've sent you are my only copies. If you can send them back when you've finished with them I'd greatly appreciate it.

Thank You

V-49474

Jeff Hancock
#8 Kings Way
Avenal, CA 93204

*[Handwritten at top: concerning my request for Exhibit 27A (unedited Transcript)]*

# Superior Court of California
# County of Santa Clara

**PALO ALTO COURTHOUSE**
270 Grant Avenue
Palo Alto, California 94306
(650) 462-3800



November 16, 2007

Hello Sandy,

I am responding to you regarding the attached request from defendant Jeff HANCOCK for an unedited transcript from his case file EE302496. The defendant is naming the unedited transcript Exhibit 27A.

In order for you to have a better picture of what has transpired between defendant HANCOCK and the Palo Alto Clerk's office, I have included copies of correspondence from the defendant, the court's response to defendant's request, and documents from the case file that may or may not explain the reason there is no Exhibit 27A.

I hope the attached copies help resolve some of the confusion. Please let me know if I can be of any further assistance.

*[signature]*

Peg Bradford
Legal Process Clerk
Palo Alto Courthouse

Attachments

Ltr_seal.dot

*[Handwritten at bottom: ? All the documents shows that the Judge possessed Exhibit 27A during my trial and that D.A. Jim Demertzis gave it to him deliberately. See RT 280 lns 8-10 and lns 20,21]*

Request for Exhibit 27A (Unedited Transcript) — See RT 280
Ins. 8-10 and Ins. 20, 21

# Superior Court of California
## County of Santa Clara

191 North First Street
San Jose, California 95113
(408) 882-2700

November 20, 2007

**KIRI TORRE**
Chief Executive Officer

COURT SUPPORT SERVICES DIVISION

11/27/07

Hi, I'm Jeff Hancock. If there are any forms, etc, that I need to fill out to help expedite acquiring Exhibit 27A I'm more than willing to fill them out.
Thank You
Jeff Hancock

Jeff Hancock, V49474140-1-11L
#8 Kings Way
Avenal, CA 93204

Re: People vs. Hancock
Case No.: EE302496

Dear Mr. Hancock:

I am writing to you in response to your request dated 10/30/07, requesting a copy of Exhibit 27A. After further review, it seems Exhibit 27A does not exist. Please see attached letter from Peg Bradford, Exhibit Clerk at the Palo Alto Courthouse, dated 11/16/07.

I am sorry for the confusion, I encourage you to contact your attorney of record to assist you in obtaining the documents you may want or need for your case.

I can't contact my attorney of record because a major part of my pending appeal alleges his ineffectiveness as my counsel.

If I can assist you in obtaining a transcript from one of our court reporters, please do not hesitate to have your attorney of record call me at (408) 882-2515.

Exhibit 27A existed during my trial, the Judge said so? How did it disappear?

Thank you,

Sandra Salazar — Can another one be made from the tape?
Thanks for your help

Sandra Salazar
Deputy Court Manager
Court Reporters Unit

In mid-late December the Attorney General will be filing a response. I'll only have 30 days to file mine from that date.

Someone told me that the D.A.'s office may have the transcript 27A. The tape was Exhibit 26. My case hinged LARGELY on that tape! Night and Day

Attachments

Ltr_seal.dot

Superior Court File, Case No. EE302496

Hello Ms. Gomez,

I just received your response letter of 12/7/07. You stated "It is obvious to me now that the marked exhibit, People's 27, was replaced with a copy of the edited version of the tape and no other version was marked." RT Vol II pg. 280 lns. 9,10 Honorable Judge John Garibaldi states that Mr. Demartzis (my trial prosecutor) gave him "a transcript of the complete original tape."

I realize it was shortly thereafter replaced. What I'm asking is, where did the transcript of the complete original tape go? Does the Sunnyvale District Attorney have it? Does another complete original, unedited version need to be made? Do I need to get the tape in order to show the federal judge its entirety? Please write me back. The Attorney General is set to respond to the OSC in the last week of December 2007.
Thank you for your help.
Have a Merry Christmas.
Take Care

*Case Summary Request from Dave Hardin my previous attorney*

# LAW OFFICE OF LINDY M. FARIS

September 27, 2007

Jeff Hancock
#8 Kings Way
Avenal, CA 93204

RE: letter

Dear Mr. Hancock:

I received your letter. I made some special appearances for Dave Hardin while he was sick, but I never substituted in for Mr. Hardin. He was your attorney of record until a new attorney substituted in, and I do not know who took over the case. I have no access to your file and have no idea what was done with Mr. Hardin's files after he passed away. You should contact your attorney of record who represented you on the case after Mr. Hardin. Good luck on your appeal.

Best regards,

Lindy M. Faris
Attorney at Law

1550 The Alameda, Suite 207 · San Jose, California 95126
Phone: (408) 292-2100 · Fax: (408) 292-2111

Request of Case Summary given to Eben Kurtzman from previous attorney Dave Hardin

12/12/07

Hello Mr. Kurtzman,

Happy Holidays. I'm currently in federal court appealing my conviction from 2004 in Sunnyvale Superior Court in which you represented me. Case # EE302496. I'm requesting the Case Summary that was turned over to you from Attorney Dave Hardin after you became attorney of record prior to my trial in April 2004. I believe the Case Summary/File will be a major help in me having a full and fair hearing. Thanks for your consideration and time. Merry Christmas!

Jeff Hammel

Request of Case Summary given to Edan Kurtzman by/from petitioners previous attorney Dave Hardin

1/18/08

Hello Mr. Kurtzman,

I'm currently in federal court appealing a conviction from 2004 in Sunnyvale court in which you represented me. My previous attorney became ill and you became attorney of record in April of 2004. I'd like to obtain a copy of the case summary that was given to you by my previous attorney of record through his representative. I believe this will be a major help in me having a full and fair hearing before the court. My mom retained you for me, her name is Peggy Youth, 540-956-0882. You can contact her anytime if there are problems. Thanks for your time.

[signature]

# AVENAL STATE PRISON
## OUTGOING LEGAL / CONFIDENTIAL MAIL LOG
### HOUSING UNIT # __140__

| DATE | ADDRESS SENT TO | INMATE CDC# HOUSING UNIT SIGNATURE | STAFF PROCESSING MAIL Print and Sign Name | 1st WATCH CONFIRMATION Print and Sign Name |
|---|---|---|---|---|
| 12-11-07 | OFFICE OF INTERNAL AFFAIRS P.O. Box 3009 Sacramento CA. 95812 | Townstill E-43344 140-2-28L [signature] | c/o E. Farris B. [signature] | |
| 12-11-07 | A.S.P. APPEALS COORDINATOR #1 Kings Why Avenal CA 93204 | Townstill E-43344 140-2-28L [signature] | c/o B. Farris B. [signature] | |
| 12/4/07 | [illegible address] Suite 230 [illegible] CA 94085 | Jess Hancock V-69470 140-1-112 [signature] | [signature] Richardson | |
| | | | | |
| | | | | |

All Mail is to be processed in accordance with CCR Title 15 sections 3141 and 3142.
With the exception of Inmate's Signature, entire form must be completed by Staff. Reference O.P. 9

ASP-152 (6/04)

# AVENAL STATE PRISON
# OUTGOING LEGAL / CONFIDENTIAL MAIL LOG
## HOUSING UNIT # 140

| DATE | ADDRESS SENT TO | INMATE CDC# HOUSING UNIT SIGNATURE | STAFF PROCESSING MAIL Print and Sign Name | 1st WATCH CONFIRMATION Print and Sign Name |
|---|---|---|---|---|
| 12/12/07 | ATTN. MATTHEW COATS Inspector General P.O. Box 348780 Sacramento, CA 95834 | D. Townsell E 43344 140-2-28L X Townsell | P. Richardson P.Rich | |
| 12/12/07 | ATTORNEY AT LAW EBEN L. Kurtzman 1131 Park Ave. San Jose, CA 95126 | J. Hancock V 49474 140-1-114 X Hancock | P. Richardson P.Rich | |
| 12/12/07 | The Clerk of the Court U.S. District Court E. District of Calif. 2500 Tulare St. Suite 1501 Fresno, CA 93721 | C. Fordjour V 28028 140-1-09L X Fordjour | P. Richardson P.Rich | |
| | Victoria C. Manor, Clerk Office of the Clerk U.S. District Court E. District of CA 2500 Tulare St. Suite 1501 Fresno, CA 93721 | C. Fordjour V 28028 140-1-09L X Fordjour | P. Richardson P.Rich | |

All Mail is to be processed in accordance with CCR Title 15 sections 3141 and 3142.
With the exception of Inmate's Signature, entire form must be completed by Staff. Reference O.P. 9

ASP-152 (6/04)

Request for:
Interrogation Tape (Exhibit 26)      Case # CC300416 11/8/07
Unedited Transcript of Tape (Exhibit 27A)
See Index of Exhibits
T280

Dear Clerk,

During my trial in Sunnyvale Superior, Dept. 81, Judge John Garibaldi was given a transcript (Exhibit 27A) of the unedited version of Exhibit 26 (The Tape.) (See Index of Exhibits Page.) I'm currently incarcerated (I'm indigent) and have a pending case in federal court challenging my conviction above. Can I please have a copy of Exhibit 27A in order to pursue my pending case. Thanks for your time.

Cal.fi. Rules of Court
33(a) and 35(b)
In re Henderson
(1 Cal.3d 541 (1964))

Jeff Hancock
V-49474
Avenal State Prison
140-1-112

#18 USC 63 (1970) Request for: Interrogation Tape (Exhibit 26), unedited Transcript of Tape (Exhibit 27A)

12/11/07

See Index of Exhibits
♦ RT 280

Sunnyvale District Attorney

I am challenging my conviction from Austin Supreme Superior Court case # [illegible] in federal court. It is my opinion that the unedited tape, Exhibit 26, and the unedited transcript of the interrogation tape, Exhibit 27A, will indicate and support my belief it is reasonably likely that these exhibits will lead to the discovery of evidence, confirm my trial testimony, and obviate the need for an evidentiary hearing. I've sent RT Vol III pg. 280 to indicate when Deputy District Attorney Johnes Demertzis gave my trial judge, Honorable Edward Garibaldi, Exhibit 27A. He then stated (Ln 21) it was [illegible] on appeal. [illegible] confirms he never received Exhibit 27A. It [is] my being in custody [that] restricts me from sending Exhibit 26 (the tape), then I authorize and request that it be sent to United States District Judge Claudia Wilken, Northern District of California, 1301 Clay Street, Suite 400S, Oakland, CA 94612-5212. I believe the Exhibits are required for a full and fair hearing. Federal case name Hancock v. [illegible] case # C07-04469 Northern District  Nick Dawson (A) Warden.

CW(PR)

I, Jeff Hancock, consent to this release of Exhibits on 12/11/07 by Sunnyvale District Attorney's to Honorable Judge Claudia Wilken, United States District Judge for the Northern District of California, 1301 Clay Street, Suite 400S, Oakland, CA 94612-5212. I appreciate your Thanks for your consideration. Jeff Hancock

*[Handwritten margin notes:]*
*Top: May 20th 2003, Sunnyvale Court Superior Dept. 81, Judge John Garibaldi — RT Vol. III — also see: RT Vol II pg. 280 for Judge Garibaldi statement*
*Left side: This transcript entirely unnerving trial, Exhibit 27A*
*Left lower: I need 27A please. ★→ Neither my lawyer or myself were given a copy.*
*Bottom: Can I please have one please?*

<u>INDEX OF WITNESSES</u>

|  | DIRECT | CROSS | RE-DIRECT | RE-CROSS | VOIR DIRE |
|---|---|---|---|---|---|
| **PEOPLE'S** | | | | | |
| ANDREW ZARRIELLO | 197 | 208 | 212 / 217 | 215 | |
| CRAIG ANDERSON | 219 | 226 | 227 | | |
| GREG GILBERT, M.D. | 230 | 252 | 258 / 268 | 264 | |
| CRAIG ANDERSON | 275 | 277 | 278 | | |
| **DEFENDANT'S** | | | | | |
| JEFF HANCOCK | 283 | 338 | 432 / 436 | 434 | |

---oOo---

<u>INDEX OF EXHIBITS</u>

| PEOPLE'S | IDENT. | EVID. |
|---|---|---|
| 23 - PHOTOGRAPH | | 215 |
| 24 - PHOTOGRAPH | | 215 |
| 25 - PHOTOGRAPH | | 215 |
| 26 - CASSETTE TAPE | 282 | 282 |
| 27 - TRANSCRIPT OF TAPE | 272 | 272 |
| 27A - TRANSCRIPT OF TAPE | 282 | 282 |
| 28 - PHOTOGRAPH | 393 | 393 |
| 29 - DIAGRAM | 408 | 408 |
| 30 - DIAGRAM | | 437 |

| DEFENDANT'S | | |
|---|---|---|
| A - PHOTOGRAPH | | 323 |
| B - PHOTOGRAPH | | 323 |
| C - PHOTOGRAPH | | 323 |

---oOo---


*[Handwritten annotations in margins: "This Transcript [shows?] Judges [names?] during my trial, I'm currently in federal court appealing this conviction  RT 280"; "Prop 8!"; "Vol III"; "Judge Garibaldi during my trial"; "DA Jim Demertzis"; "The D.A."]*

```
 1   DOES INCLUDE THE ENTIRE CONTENTS OF THE TAPE AS PROVIDED BY
 2   THE POLICE DEPARTMENT TO THE D.A., AND THAT TAPE WAS THE ONE
 3   THAT WAS GIVEN PURSUANT TO NORMAL DISCOVERY TO MR. KURTZMAN.
 4        BUT THE RECORD SHOULD REFLECT THAT THE TAPE THAT THE
 5   JURY HAS HEARD HAS BEEN EDITED TO IN ESSENCE DELETE MUCH OF
 6   THE -- ALL OF THE LAST PART OF THE INTERVIEW, WHICH IS ABOUT
 7   FIVE PAGES LONG.  THE TRANSCRIPT THAT WAS GIVEN TO THE JURY
 8   SHOWS WORD FOR WORD THE EDITED TAPE HERE.  AND I WAS GIVEN
 9   BY MR. DEMERTZIS, AND I'M SURE IT WAS JUST AN OVERSIGHT, I
10   WAS GIVEN A TRANSCRIPT OF THE COMPLETE ORIGINAL TAPE.
11        IN ORDER FOR PEOPLE'S 27 TO CONFORM WITH WHAT THE JURY
12   HAS BEEN GIVEN AND WHAT THE TAPE TELLS THIS JURY WAS EDITED,
13   WHAT THE ATTORNEYS HAVE AGREED TO DO IS TO SUBSTITUTE AS
14   PEOPLE'S 27 THE TAPE THAT EVERYONE ELSE HAS -- THE
15   TRANSCRIPT THAT EVERYONE ELSE HAS, INCLUDING THE JURY.  THAT
16   TRANSCRIPT IS IN FACT 43 PAGES LONG AND IS A TRUE AND
17   ACCURATE -- AS BEST AS WE CAN DETERMINE, A TRUE AND ACCURATE
18   RENDITION WHAT THE EDITED TAPE TRANSCRIPTS ARE.  IS THAT
19   CORRECT?  HAVE I SAID ANYTHING WRONG?
20        MR. DEMERTZIS:  NO, YOUR HONOR, OTHER THAN THE
21   COMPLETE TRANSCRIPT I GAVE YOU, IT WASN'T AN OVERSIGHT.  I
22   THOUGHT THAT'S WHAT THE COURT CALLED FOR.
23        THE COURT:  NO.  IT WAS JUST A MISCOMMUNICATION
24   THEN.  ALL I WANTED WAS A TRANSCRIPT OF THE EDITED VERSION
25   OF THE TAPE.
26        MR. DEMERTZIS:  THAT'S WHAT I'VE NOW GIVEN YOU,
27   THE SAME TRANSCRIPT THE JURY HAS, AND IT'S A TRANSCRIPT OF
28   THAT PORTION OF THE TAPE THAT THE JURY LISTENED TO.
```