CONFIDENTIAL
LEGAL MATERIAL

Jeff Hancock V-49474 140-1-11L
#8 Kings Way
Avenal, CA 93204

LEGAL MAIL
FEB 4 2008
AVENAL STATE PRISON
MAILROOM

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-2512

"Legal Mail"