MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeff J. Hancock V-49474 140-1-112<br>#8 Kings Way<br>Avenal, CA. 93204<br>TELEPHONE NO.:     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Self | **FILED**<br>FEB 1 9 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court<br>Northern District of California<br>STREET ADDRESS: 1301 Clay Street – Suite 4005<br>MAILING ADDRESS: Oakland, CA 94612-5212<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Jeff J. Hancock<br>                           v.<br>DEFENDANT/RESPONDENT: James D. Hartley, Acting Warden | CASE NUMBER:<br>C07-04469 CW<br>JUDICIAL OFFICER: |
| **NOTICE OF CHANGE OF ADDRESS** | DEPT.: |

1. **Please take notice** that, as of (date):
   ☒ the following party or
   ☐ the attorney for:
   a. ☐ plaintiff (name):
   b. ☐ defendant (name):
   c. ☒ petitioner (name):
   d. ☐ respondent (name):
   e. ☐ other (describe):

   has **changed his or her address** for service of notices and documents in the above-captioned action.
   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** of (name): Jeff J. Hancock V-49474
   is as follows:
   a. Street: CVSP Wiley's Well Road
   b. City: Blythe, CA. 92225
   c. Mailing address (if different from above):
   d. State and zip code: California, 92225
   e. Telephone number: (Prison) 760-922-5300
   f. Fax number (optional):
   g. E-mail address (optional):

3. **All notices and documents** regarding the action should be sent to the above address.

Date: 2/5/08

Jeff Hancock                                    ▶  /s/ Jeff J. Hancock
(TYPE OR PRINT NAME)                               (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2007]

**NOTICE OF CHANGE OF ADDRESS**

Cal. Rules of Court, rule 2.200
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com