Mary Smith
703 SW G St.
Grants Pass, OR 97526

MEDFORD OR 975
13 FEB 2008 PM 4 T

USA41

546125521?

U S District Court
Northern District of California
1301 Clay Street - Suite 400S
Oakland Ca. 94612-5217

office of
the clerk -
address change