1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JULIET B. HALEY, State Bar No. 162823
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5960
  Fax:  (415) 703-1234
8 |   Email:  Juliet.Haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF J. HANCOCK,** | C 07-4469 CW (PR) |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **JAMES D. HARTLEY, Acting Warden,** | |
| Respondent. | |

Respondent hereby submits the following exhibits to be lodged with the Clerk of the Court in support of the supplemental answer and supporting memorandum.

**RESPONDENT'S INDEX TO LODGED EXHIBITS**

EXHIBIT A:   Clerk's Transcript (Vol. 1);

Clerk's Transcript (Augmentation);

EXHIBIT B:   Reporter's Transcript (Vols. 2 - 4);

Reporter's Transcript (Augmentation);

EXHIBIT C:   Appellant's Opening Brief;

EXHIBIT D:   Respondent's Brief;

1     EXHIBIT E:   Appellant's Reply Brief;

2     EXHIBIT F:   Petition for Review to Exhaust State Remedies.

3     Dated: March 10, 2008

4                Respectfully submitted,

5                EDMUND G. BROWN JR.
Attorney General of the State of California

6                DANE R. GILLETTE
Chief Assistant Attorney General

7                GERALD A. ENGLER
Senior Assistant Attorney General

8                PEGGY S. RUFFRA
Supervising Deputy Attorney General

9

10

11                /s/ Juliet B. Haley

12                JULIET B. HALEY
Deputy Attorney General
Attorneys for Respondent

13

14

15 40226593.wpd
SF2007402927

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Of Lodging Of, And Index To, Exhibits                *Hancock v. Hartley*
C 07-4469 CW (PR)