Thanks, Jeff Hancock 3/9/08

FILED
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk Wieking,

I've been transferred from Avenal State Prison to Chuckawalla Valley State Prison. I've sent more than ten legal mail letters out from Avenal State Prison since October of 2007 without any response. Santa Clara County Bar, Sunnyvale District Attorney, Judge Thelton Henderson, Judge Lawrence Karlton, my trial attorney Eben Kurtzman, and The Northern District Court with no response. (mailed) I filed a motion to compel discovery on 1/31/08, from Avenal Admin. Segregation and have had no reply. I sent a change of address to my Pawcrt Attorney (Peggy Smith). It's now 3/9/08, the Attorney General's Office was supposed to file a response to the Order to Show Cause on or before 2/24/08. I've received nothing as of yet. Here are copies of a couple of letters I'd sent previously from Avenal Prison, along with a new change of address.

District Court,                                        2/3/08

I'm currently housed at Avenal State Prison in Administrative Segregation and I have not had access to a copier for over a week. The 12 attachments I've sent along with the motion I was unable to send to the Attorney General. I sent the motion, declaration and proof of service but no attachments. The attachments I've sent you are my only copies. If you can send them back when you're finished with them I'd greatly appreciate it.

                                Thank You
                                                    V-49474

                                Jeff Hancock
                                #8 Kings Way
                                Avenal, CA 93204

Thanks, Dyx Hancock 3/9/08

Case # C07-04469

Clerk Wieking

Concerning the order of 1/15/08.
On 9/10/07 I filed an appeal using a federal habeas corpus application. On the 1st page, I crossed out "Habeas Corpus" and above it wrote "Federal Appeal". The appeal concerned improper jury instructions. When I appealed my criminal conviction in state court my appellate attorney attached a companion writ as well. I sent case # C07-4286 CW to try and convince the court of governmental interference on the part of CDCR staff with regards to my obtaining my writ and appeal from my property, as I was in Administrative Segregation, and staff possessed my writ and appeal. I was hoping the court would consider this in light of excusing any procedural default on my part. So I wanted to let you know that case # C07-4664 CW was my appeal and case # C07-4469 CW was my writ (companion in state court).
They've now been combined by the court. I guess that's good. I sent this same letter on 1/24/08 from Avenal State Prison.

MC-040

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Jeff J. Hancock V-49474 A.S.U.133L
C.V.S.P
P.O. Box 2349
**TELEPHONE NO.:** Blythe, CA. 92226    **FAX NO.** *(Optional):*
**E-MAIL ADDRESS** *(Optional):*
**ATTORNEY FOR** *(Name):* Self

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court,
**STREET ADDRESS:** Northern District of California
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** 1301 Clay St.,
**BRANCH NAME:** Oakland, CA. 94612

**FOR COURT USE ONLY**
FILED
[stamp] 1 3 [2008]
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
OAKLAND

**PLAINTIFF/PETITIONER:** Jeff J. Hancock
**DEFENDANT/RESPONDENT:** Nick Dawson, Acting Warden

**CASE NUMBER:** C07-04469 CW
**JUDICIAL OFFICER:**
**DEPT.:**

## NOTICE OF CHANGE OF ADDRESS

1. **Please take notice** that, as of *(date):*
   ☐ the following party or
   ☐ the attorney for:
      a. ☐ plaintiff *(name):*
      b. ☐ defendant *(name):*
      c. ☒ petitioner *(name):* Jeff J. Hancock
      d. ☐ respondent *(name):*
      e. ☐ other *(describe):*

   has **changed his or her address** for service of notices and documents in the above-captioned action.
   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** of *(name):* Jeff J. Hancock V-49474 A.S.U.133L
   is as follows: C.V.S.P.
   a. Street: P.O. Box 2349
   b. City: Blythe, CA. 92226
   c. Mailing address *(if different from above):*
   d. State and zip code:
   e. Telephone number:
   f. Fax number *(optional):*
   g. E-mail address *(optional):*

3. **All notices and documents** regarding the action should be sent to the above address.

Date:

Jeff J. Hancock              ▶ /s/ Jeff Hancock
(TYPE OR PRINT NAME)           (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2007]

**NOTICE OF CHANGE OF ADDRESS**

Cal. Rules of Court, rule 2.200
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-040

| PLAINTIFF: Jeff J. Hancock | CASE NUMBER: |
| DEFENDANT: Nick Dawson, Acting Warden | C07-04469 CW |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF CHANGE OF ADDRESS

(NOTE: You cannot serve the Notice of Change of Address if you are a party in the action. The person who served the notice must complete this proof of service.)

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify): Chuckawalla Valley State Prison P.O. Box 2289 Blythe, CA. 92226

2. I served a copy of the Notice of Change of Address by enclosing it in a sealed envelope with postage fully prepaid and (check one):

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☒ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The Notice of Change of Address was mailed:
   a. on (date): 3/9/08
   b. from (city and state): Blythe, CA. 92226

4. The envelope was addressed and mailed as follows:

   a. Name of person served: Office of the Clerk, U.S. District Court for
      Street address: the Northern District of
      City: California, 301 Clay St., Suite 400 S
      State and zip code: Oakland, CA. 94612-5212

   c. Name of person served:
      Street address:
      City:
      State and zip code:

   b. Name of person served:
      Street address:
      City:
      State and zip code:

   d. Name of person served:
      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. (You may use form POS-030(P).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/9/08

C. Gonzalez Sgt
(TYPE OR PRINT NAME OF DECLARANT)

▶ [signature]
(SIGNATURE OF DECLARANT)