T. LE Hancock V-40474
C/o U.S.P....
P.O. Box 5-4/9
Blythe, CA. 92226

A S U 3 L
LEGAL MAIL

SAN BERNARDINO CA 924
11 MAR 2008 PM 3 L

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212

LEGAL MAIL