3/11/08

**RECEIVED**
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case # C07-04469CW (PR)

Dear Clerk,

Can I have a copy of the current Docket Sheet for my pending case in your court? I've been transferred recently and would like to review what's transpired to date.

Thank you,

/s/ Jeff Hancock

Jeff Hancock V-49474
C.V.S.P.         A.S.U. 133L
P.O. Box 2349
Blythe, CA. 92226

Judge John Garibaldi
Sunnyvale Superior
Court Dept. 81.

P.S. I'd also like to request that the trial exhibits from my criminal case #EE302496 be preserved for future litigation purposes once my writ/appeal currently before the court is complete. Thank You