

Jeff Hancock V-49474 A.S.U. 133L
C.V.S.P.
P.O. Box 2349
Blythe, CA. 92226

LEGAL MAIL
CHUCKAWALLA VALLEY STATE PRISON

Office of the Clerk, U.S. District Court
for the Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212