

Jeff Hancock V-40474
C.V.S.P. ASW 133L
P.O. Box 3349
Blythe, CA 92226

LEGAL MAIL

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212

CONFIDENTIAL
LEGAL MATERIAL