4/3/08

**RECEIVED**

APR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Clerk,

According to the Docket Sheet for case # C07-04469 CW (PR) the Attorney General filed a Return to the Order to Show Cause on 3/11/08 with the court. However, they never sent a copy to the Petitioner. I was hoping you could send me a copy. Thank You

[signature]

```
STATE OF CALIFORNIA  )
                     : ss.                    PROOF OF SERVICE BY
COUNTY OF RIVERSIDE  )                      PERSON IN STATE CUSTODY
```

I, **Jeff Hancock**, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at **Chuckawalla Valley State Prison**, located at **Blythe, CA** and a party / not a party to the attached foregoing cause of action. On **4/3**, 19 **2008**, I did serve a true copy of: **Request for Petitioner's copy of Return to the Order to Show Cause in case # C07-04469 CW(PR) Note: I never received a copy from the Attorney General**

[ ] by depositing it in a prison mail box in a sealed envelope, or [X] by handing it to institutional staff in a sealed envelope, along [ ] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [X] with postage affixed thereto for deposit in the United States Mail pursuant to California Code of Regulations Sections 3142 and 3165; addressed to the following:

**Office of the Clerk, U.S. District Court for the Northern District of California, 1301 Clay St. Suite 400S, Oakland, CA. 94612-5212**

Intended place of mailing: U.S. Post Office, at **Blythe**, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on **4/3**, 19 **2008**.

**/s/ Jeff Hancock**
PETITIONER/DECLARANT IN PRO PER