

Jeff Hancock V-49474
C.U.S.P. ASU 133L
P.O. Box 2349
Blythe, CA. 92226

LEGAL MAIL

Office of the Clerk, U.S. District Court
for the Northern District of California
1301 Clay St, Suite 400S
Oakland, CA. 94612-5212

LEGAL MAIL