IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF J. HANCOCK,<br><br>    Petitioner,<br><br>  v.<br><br>NICK DAWSON, Acting Warden, et al.,<br><br>    Respondents.                / | No. C 07-04469 CW (PR)<br><br>ORDER SUA SPONTE GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court sua sponte GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse by June 6, 2008. If he does not, the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 5/5/08

                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF J HANCOCK,

        Plaintiff,

  v.

D SEDLEY et al,

        Defendant.

Case Number: CV07-04469 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
CVSP
P.O. Box 2349
Blythe, CA 92226

Juliet B. Haley
California Attorney Generals Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

William Michael Kuimelis
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: May 5, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk