Petitioner swears under penalty of perjury 5/13/08
that the foregoing is true. /s/ Jeff Hancock execution date
Jeff Hancock

FILED MAY 16 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk,

On 5/12/08, I received the courts Sua Sponte Order granting enlargement of time to file a traverse to the Attorney General's supplemental Answer in case no. C07-04469 CW (PR).

The docket sheet for case no. C07-04469 CW (PR):

10/26/07 #7 Court orders respondent to show cause in case no. C07-04469 (seven grounds)

12/19/07 #9 Respondent requests extension of time

12/19/07 #10 Court grants extension until 2/24/08

1/15/08 #11 (2) to file supplemental to petition in case no. C07-04469 CW (PR) (3) to show cause... as to instructional error.

NOTE: In the 5 page 1/15/08 order, page 3 no. 2 states "the clerk is ordered to revoke filing of the federal habeas petition in case no. C07-04664 CW (PR) and to file it as a supplement to the federal petition in case no. C07-04469 CW. (C07-04469 has 7 grounds plus the instructional error)(PR)"

3/10/08 #16 Respondent files supplemental answer to instructional error

*Note: Respondent doesn't file show cause for the other seven grounds in case no. C07-04469 CW (PR)

3/24/08 #19 Petitioner files Denial and Exception to Return which includes response to instructional error. Petitioner never received anything from respondent after 12/24/07 and would direct the court to his 3/24/08 traverse filing. Thanks /s/ Jeff Hancock

On 1/15/08 the court ordered case no. C07-04664 CW (PR) (instructional error allegation) as a supplement to case no. C07-04469 CW (PR) (Seven Grounds).

On 3/10/08 the respondent filed a Supplemental Answer to the Court's Order to Show Cause, in regards to the Supplemental claim regarding instructional error.

There were Seven other allegations in case no. C07-04469 that the judge ordered the respondent to show cause on (see docket sheet 12/19/07 #10).

The 12/19/07 Order from the court to the respondent which I was sent stated that the respondent was to Show Cause on or before 2/24/08 why a Writ of Habeas Corpus should not be issued in case no. C07-04469 CW (PR).

The respondent never filed an order to show cause pertaining to the first Seven Grounds in case no. C07-04469 CW (PR).

On 3/20/08 I sent a Denial and Exception to the Return (Traverse) to the Court and to the Respondent. The Traverse was filed with the court on 3/24/08.

The Traverse of 3/20/08 was sent through the prison legal mail system. I have legal mail receipts.

```
1  STATE OF CALIFORNIA    )
                          : ss              PROOF OF SERVICE BY
2  COUNTY OF RIVERSIDE    )                 PERSON IN STATE CUSTODY

3     I, Jeff Hancock            , the undersigned, certify, and do

4  declare that I am over the age of 18 years, incarcerated at Chuckawalla Valley

5  State Prison, located at    Blythe, CA    and a party / not a party to the

6  attached foregoing cause of action. On May 13th , 2008 , I did serve

7  a true copy of:

8       Letter to Clerk/Court regarding
9       Sua Sponte order for extension of time
10      for petitioner to file traverse
11      (filed May 5th 2008) C07-04469 CW (PR)
12               Hancock v Dawson, et. al.

13 [ ] by depositing it in a prison mail box in a sealed envelope, or [X] by

14 handing it to institutional staff in a sealed envelope, along [ ] with Inmate

15 Trust Account Withdrawal Order Form attached to it requesting that postage be

16 fully prepaid, or [ ] with postage affixed thereto for deposit in the United

17 States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

18 addressed to the following:
19      Office of the Clerk, U.S. District Court
20      Northern District of California
21      1301 Clay St., Suite 400S
22      Oakland, CA. 94612-5212

23 Intended place of mailing: U.S. Post Office, at    Blythe   , California.

24 I further declare under penalty of perjury that the foregoing is true and

25 correct to the best of my knowledge, and belief. Executed on May 13th,

26 2008.

27                                    /s/ Hancock
                                      PETITIONER/DECLARANT IN PRO PER
28
```