Jeff Hancock V-49474
C.V.S.P. - ASU 149
P.O. Box 2349
Blythe, CA. 92226

LEGAL MAIL

CHUCKAWALLA VALLEY
STATE PRISON

LEGAL MAIL

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212

UNITED STATES POSTAGE
02 1A
0004618202
MAILED FROM ZIPCODE 92225
$ 00.42°
MAY 14 2008
PITNEY BOWES