FILED
MAY 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Current case # C07-04469CW   5/11/08
(PR)

Clerk,

In a court document filed 1/15/08 concerning consolidations and revocations of cases: C07-04286CW(PR), C07-04469CW(PR), C07-04664CW pg. 2, lns. 4-7 it appeared to the court that Petitioner intended to file case C07-04286 as a courtesy copy to a previously closed action, case C07-2644CW(PR). In fact, the reason Petitioner filed case C07-04286CW was to indicate to the court efforts made by Petitioner since his 6/13/07 prison transfer and subsequent rehousing in Administrative Segregation to obtain his California Supreme Court exhausted appeal, and companion writ (Ground 7) that was prepared by his appellate attorney Candace Hale and located in his personal property which he hadn't had access to since 6/13/07. Petitioner made verbal and written requests to the Ad. Seg. Property Officer prior to his 7/18/07 filing deadline with no success. Petitioner sent attachments along with C07-04286CW(PR) to try and enlighten the court concerning the problems he was having meeting the 7/18/07 filing deadline. I filed an inmate appeal/grievance and eventually received the aforementioned legal documents after my 7/18/07 filing deadline. I promptly filed them. I'd like to request a C.O.A. in case my filing time has affected the outcome of my writ application. Also, on 5/1/08 a letter was mailed to me from your office. On 5/6/8 it was handed to me, opened

previously, and on the cover page signed by the Writ Clerk, the last sentence stated that a docket sheet was attached which indicated what action has been taken in the case to date. Sincerely, © Writ Clerk"

There was no docket sheet inside.
I realize this cover sheet is a form, and that maybe the clerk forgot to put the docket sheet inside.

The reason I mention this is because, I have a pending inmate appeal against staff for theft of my legal mail between 10/07 and 2/08.
I've also filed a complaint with the California Board of Control / Government Claims Program concerning the same issue.

I didn't see the envelope opened.
The docket sheet indicates the letters I've mailed, dates received.
This could be compared to the staff legal mail log sheet to determine discrepancies. So, my suspicions were raised.

Do you think I can get a current docket sheet, please?
Thanks for your time, Jeff Hancox