

Jeff Hancock V-49474
C.V.S.P. A5U 149L
P.O. Box 2349
Blythe, CA. 92226

LEGAL MAIL

C07-4469 CW

CHUCKAWALLA VALLEY STATE PRISON
LEGAL MAIL

$00.420
MAY 13 2008
MAILED FROM ZIP CODE 92225

Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

LEGAL MAIL