C.V.S.P.   ASU 149L
P.O. Box 2349
BLYTHE, CA. 92226

**FILED**
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFF J. HANCOCK | C07-04469 - CW |
| Petitioner | |
| | EX-PARTE APPLICATION FOR |
| JAMES D. HARTLEY, Acting Warden | RETENTION OF EVIDENCE ITEMS |
| Respondent | POSSESSED BY SUNNYVALE DPS |
| | STORED CASE # CR03-9059 |

On 6/2/08 Petitioner received the attached letter from his arresting agency's Property Clerk, David L. Browning, informing him that "if retention of the evidence is required for a seperate hearing... this order needs to be signed by a judge." Petitioner anticipates the possibility of the need for the use of this evidence at the outset of his/her proceeding currently in front of the court. This is the same evidence that was used in the case currently before the court. Petitioner requests an order be signed by the court directing Sunnyvale DPS to retain evidence stored under case # CR03-5059.



# Sunnyvale Department of Public Safety
**Bureau of Technical Services**
**Property Unit**

---

Jeff Hancock, V-49474
C.V.S.P. ASU 149L
P.O. Box 2349
Blythe, CA  92226

May 27, 2008

Re: Sunnyvale DPS Case # CR03-9059

Mr. Hancock,

We are in receipt of your letter dated 05-05-08, requesting retention of evidence items seized under our case number CR03-9059.

We are holding the evidence, pending the disposition of your appeal of Santa Clara County docket # EE302496, (CEN #03041987).

If retention of the evidence is required for a separate hearing (federal?), we will need an order from the court hearing the case.  This order needs to be signed by the judge.

Sincerely,

David L. Browning
Property Clerk

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| : ss | PROOF OF SERVICE BY |
| COUNTY OF RIVERSIDE ) | PERSON IN STATE CUSTODY |

I, **Jeff Hancock**, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at <u>Chuckawalla Valley State Prison</u>, located at <u>Blythe, CA</u> and a party / not a party to the attached foregoing cause of action. On **June 3rd**, ~~19~~ **2008**, I did serve a true copy of:

**Ex Parte Application for retention of evidence by Sunnyvale DPS, Case # EE302496 (CEN#03041987) Stored under case # CR03-9059**

[ ] by depositing it in a prison mail box in a sealed envelope, or [ ] by handing it to institutional staff in a sealed envelope, along [ ] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in the United States Mail pursuant to California Code of Regulations Sections 3142 and 3165; addressed to the following:

**Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212**

Intended place of mailing: U.S. Post Office, at <u>Blythe</u>, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on **June 3rd, 2008**.

*/s/ Hancock*
PETITIONER/DECLARANT IN PRO PER