**RECEIVED**

JUN – 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JEFF J. HANCOCK                                    C07-04469

    V.                          Petitioner          [PROPOSED] ORDER GRANTING

JAMES D. HARTLEY, Acting Warden                    RETENTION OF EVIDENCE BY

                                          SUNNYVALE DPS CASE# CR03-9059

                  Respondent

GOOD CAUSE APPEARING, PETITIONER'S APPLICATION FOR RETENTION OF
EVIDENCE ITEMS SEIZED BY SUNNYVALE DPS AND STORED (CASE # CR03-9059) AWAITING
DISPOSITION OF SANTA CLARA COUNTY DOCKET # EE302496 (CEN# 0304907) IS GRANTED.
IT IS SO ORDERED.

DATED:

                        CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE