6/4/08

Dear Clerk,

According to the docket sheet for case #C07-04469 CW

**FILED**
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Date | Docket# | |
|---|---|---|
| 10/26/07 | 7 | Court orders A.G. to show cause why a writ shouldn't be issued. (60 days) |
| 12/19/07 | 10 | Court grants time extension and orders A.G. to show cause on or before 2/24/08 |
| 1/15/08 | 11 | Court orders A.G. to file supplement to petition in case no. C07-04469 CW within 60 days of issuance of order. |
| 3/10/08 | 16 | A.G. files supplemental answer to show cause order. |

NOTE: The Attorney General NEVER FILED an order to show cause on the Petition C07-04469 CW ONLY to the Supplemental Improper Jury Instruction, which was CONSOLIDATED with C07-04469 CW on 1/15/08 by the court. C07-04469 has SEVEN additional grounds.

Can you please clarify what's happened? Thank You.

P.S. On 3/24/08, I filed a Denial and Exception to the Return. I've also sent this Supplemental Traverse