Jeff Hancock V-44744
Chuckawalla Valley State Prison ASU141L
P.O. Box 2349
Blythe, CA 92226

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

Office of the Clerk, U.S District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

CHUCKAWALLA VALLEY
STATE PRISON

UNITED STATES

$ 01.17°
02 1A $ 0.17°
0004491203   JUN 06 2008
MAILED FROM ZIP CODE 92225