Pending Case No. C07-04469(CW)(PR)

Dear Clerk,

Can I please have a current docket sheet for my above pending case in order to review the present status of my case?

Thank You, Jeff Hancock

P.S. I'll be transferring soon.

# PROOF OF SERVICE

I, Jeff Hancock, the undersigned, certify that I am over the age of 18 years of age and a citizen of the United States. That I caused to be served a copy of the following document entitled: Request to Clerk for docket sheet of case currently before the court

By placing it in an envelope and sealing it in front of a CDCR correctional officer, then handing it to the same officer for deposit in the United States Mail at Chuckawalla Valley State Prison addressed to:

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212

Executed on ~~No~~ on July 2, 2008 at Chuckawalla Valley State Prison, P.O. Box 2349, Blythe, CA. 92226

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Jeff Hancock
Jeff Hancock
V-49474

(Riverside County)         ASU 149L