

Jeff Hancock V-49474
Chuckawalla Valley State Prison ASU 149L
P.O. Box 2349
Blythe, CA. 92226

**LEGAL MAIL**

CHUCKAWALLA VALLEY
STATE PRISON

**LEGAL MAIL**

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400 S
Oakland, CA. 94612-5212

UNITED STATES POSTAGE

$ 00.42⁰
PITNEY BOWES

02 1A
0004618202    JUL 03 2008
MAILED FROM ZIP CODE 92225

94612345217 CO37

LEGAL MAIL

LEGAL MAIL

7-2-08