No Court Clerk, I have case #C07-04469 CW Pending.

I've been transferred to Salinas Valley State Prison, P.O. Box 1050, Soledad, CA. 93960-1050

The court is due to respond any day now.

Jeff Hancock V-49474
Salinas Valley State Prison D9-ASU-183
P.O. Box 1050
Soledad, CA. 93960-1050

I swear under penalty of perjury the above statements to be true and correct.

Executed on July 17, 2008 at Salinas Valley State Prison

Jeff Hancock
V-49474

**FILED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Note:

7/15/08 - A.M. Transferred to Chino Prison

7/16/08 A.M. Transferred to Salinas Valley Prison was told 7/16/08 A.M. <u>where</u> I was being ~~transferred~~ to.

7/17/08 P.M. 1st chance I've had to mail a change of address notification to the court. Thanks