Jeff Hancock V-49474
Salinas Valley State Prison D9 ASU 183
P.O. Box 1050
Soledad, CA. 93960-1050
N/F
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42º
02 1A
0004397458
JUL 18 2008
MAILED FROM ZIP CODE 93960
Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94601
"Legal Mail"
STATE PRISON
GENERATED MAIL
34612/5217



