

Salinas Valley State Prison
Jeff Hancock V-49474
P.O. Box 1050 B4-135L
Soledad, CA. 93960-1050

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212

STATE PRISON
GENERATED MAIL



"Legal Mail"