IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF J. HANCOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. SEDLEY, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 07-04469 CW (PR)<br><br>ORDER TO FILE DOCUMENTS UNDER SEAL |

　　　Before the Court is a letter from Petitioner's trial counsel, Eben L. Kurtzman, in response to the Court's November 25, 2008 Order.  The Court directed Mr. Kurtzman to produce the handwritten notes by Petitioner's previous attorney, Mr. Hardin, who has passed away.  Under Rule 3-500 of the California Rules of Professional Conduct, an attorney's duty to his client includes "promptly complying with reasonable requests for information and copies of significant documents . . . ."  Cal. R. Prof. Conduct 3-500.  Thus, the Court found that Petitioner is entitled to access to Mr. Hardin's handwritten notes.

　　　Mr. Kurtzman has attached Mr. Hardin's handwritten notes to his letter.  The Clerk of the Court has sent Petitioner a copy of the handwritten notes.  Because the handwritten notes are from Mr. Hardin's interview of Petitioner and are protected by attorney-

1  client privilege, the Court directs the Clerk to file the
2  handwritten notes attached to Mr. Kurtzman letter under seal.
3      IT IS SO ORDERED.
4  Dated:   12/15/08

                          CLAUDIA WILKEN
                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF J HANCOCK,

        Plaintiff,

v.

D SEDLEY et al,

        Defendant.

Case Number: CV07-04469 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
D9-ASU-183
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3