United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12   JEFF J. HANCOCK,                ) No. C 07-04469 CW (PR)
                                     )
13           Petitioner,             ) ORDER DENYING LEAVE TO
                                     ) PROCEED IN FORMA
14        v.                         ) PAUPERIS ON APPEAL
                                     )
15   D. SEDLEY, Warden,              )
                                     )
16           Respondent.             ) (Docket No. 54)
                                     )
17   _____)

18        Petitioner Jeff J. Hancock, a prisoner of the State of

19   California who is incarcerated at the California Medical Facility

20   in Vacaville, filed this pro se petition for a writ of habeas

21   corpus pursuant to 28 U.S.C. § 2254.  The petition was denied on

22   its merits, and a certificate of appealability was denied in the

23   same order.  See Rules Governing Section 2254 Cases 11(a).

24   Petitioner has appealed the denial of the petition, and has filed

25   in this court a motion for leave to proceed in forma pauperis on

26   appeal.

27   //

28   //

**United States District Court**
For the Northern District of California

1    Because the appeal is not taken in good faith, <u>see</u> 28 U.S.C. §

2 1915(a)(3), Petitioner's motion to appeal in forma pauperis (Docket

3 No. 54) is DENIED.

4    IT IS SO ORDERED.

5 DATED: 10/12/2010

6    _____

7    CLAUDIA WILKEN
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF J HANCOCK,

        Plaintiff,

  v.

D SEDLEY et al,

        Defendant.
_____/

Case Number: CV07-04469 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
RB-132L
Correctional Traning Facility - North
P.O. Box 705
Soledad,  CA 93960

Dated: October 12, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

3